Bach v. Owens, 170 Ill. App. 287.

## Abel A. Bach, Appellant, v. John E. Owens et al., Appellee.

### Gen. No. 17,875.

This case is controlled by the decision in *Hudson* v. *Owens et al.* Post, p. 288.

*Certiorari.* Appeal from the Superior Court of Cook county; the HON. M. M. GRIDLEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed May 15, 1912. *Certiorari* denied by Supreme Court (making opinion final.)

FRANK D. AYERS, for appellant.

CHARLES H. MITCHELL and I. T. GREENACRE, for appellees.

MR. JUSTICE GRAVES delivered the opinion of the court.

This case on the facts and the law is identical with the case of Hudson v. Owens et al., disposed of by this court simultaneously with this case, and the judgment of the lower court in this case is affirmed for the same reasons given in the opinion in that case, to which opinion reference is made.    (*Ut infra.*)

*Judgment affirmed.*